**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL NO. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>DAVID PRESSNELL,<br><br>      Plaintiff,<br><br>vs.<br><br>ABBVIE, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 1:15-cv-09928 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that the Plaintiff herein, David Pressnell, hereby dismisses without prejudice, his claims against Defendants AbbVie, Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, Solvay, S.A., Besins Healthcare Inc., and Besins Healthcare, S.A., before the filing of any Answer or Motion for Summary Judgment by any of the aforementioned Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Respectfully submitted this 25th day of January, 2016.

*s/ Bill Robins III*
Bill Robins III
Heard Robins Cloud LLP
808 Wilshire Blvd., Suite 450
Santa Monica, CA 90401
Tel. 310.929.4200
Facsimile 310.566.5900
robins@heardrobins.com
(Admitted *pro hac vice*)

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 25, 2016, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                *s/ Bill Robins III*
                Bill Robins III